■ In the Matter of ALFRED C. BLANCHE, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [805 NYS2d 872]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered July 6, 2005) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (see Matter of Free v Coombe, 234 AD2d 996 [1996]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Smith and Lawton, JJ.

■ PAMELA J. CAMPBELL, Individually and as Executrix of DAVID C. CAMPBELL, Deceased, Appellant, v INTERNATIONAL TRUCK AND ENGINE CORPORATION, Formerly Known as NAVISTAR INTERNATIONAL CORPORATION, Formerly Known as INTERNATIONAL HARVESTER COMPANY, et al., Defendants, and CASE CORPORATION et al., Respondents. [805 NYS2d 873]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered October 6, 2004. The order granted the motion of defendants Case Corporation, Tenneco, Inc., and International Harvester Company of Great Britain, Limited, for summary judgment and dismissed the first, second and seventh causes of action in the complaint insofar as they seek relief from the moving defendants and dismissed all cross claims against the moving defendants.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Smith and Lawton, JJ.